# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

-vs-                             **Case No. 15-C-1057**
                                  **(Criminal Case No. 10-Cr-80)**

**ANTWAN K. REED,**

    Movant.

## DECISION AND ORDER

Pro se Movant Antwan Reed ("Reed") filed a motion under 28 U.S.C. § 2255 to vacate, set aside, or correct sentence and a supporting memorandum. (ECF Nos. 1, 2.) The matter is before the Court for preliminary review pursuant to Rule 4 of the Rules Governing § 2255 Proceedings for the District Courts.

Upon review of Reed's petition, it does not plainly appear that he is not entitled to relief. *See* R. 4 Governing § 2255 Proceedings Dist. Cts. Therefore, Plaintiff United States of America will be required to file an answer to the instant motion, which must contain the materials required by Rule 5 of the Rules Governing § 2255 Proceedings for the District Courts. Because the motion is includes allegations of ineffective assistance of counsel, the Court will direct the Clerk of Court to send a copy of this

Order to Reed's attorneys and afford defense counsel an opportunity to respond.

**NOW, THEREFORE, BASED ON THE FOREGOING, IT IS HEREBY ORDERED THAT:**

**On or before November 5, 2015,** the Plaintiff **MUST FILE** an answer to the instant motion;

The Clerk of Court is **DIRECTED** to serve a copy of this Order upon defense counsel who represented Reed in the criminal action and on appeal;

Defense counsel may file a response to the motion **on or before December 7, 2015**; and

Any reply **MUST BE FILED** by Reed and/or the Plaintiff **on or before January 18, 2016.**

Dated at Milwaukee, Wisconsin, this 4th day of September, 2015.

**BY THE COURT:**

_____
**HON. RUDOLPH T. RANDA**
**U.S. District Judge**